UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-683-GW(AGRx) | Date | July 12, 2018 |
|---|---|---|---|
| Title | *Raul Uriarte-Limon v. Krystal Enterprises LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Raymond George Ballister, Jr. | None Present | |

**PROCEEDINGS:** ORDER TO SHOW CAUSE RE CONTEMPT

Veronica Escamilla, Agent for Krystal Enterprises LLC is not present.

The Court orders Veronica Escamilla in contempt. Counsel for Plaintiff's request for an arrest warrant is granted. The Court sets bond in the amount of $1,000. Plaintiff will file a proposed order forthwith.

|  | : | 04 |
|---|---|---|
| Initials of Preparer | JG | |