1   CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
2   Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
3   Mail: PO Box 262490
San Diego, CA 92196-2490
4   Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
5   (858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com
6
Attorneys for Plaintiff
7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11   **Raul Uriarte-Limon,**              )   Case No.: 2:16-cv-00683-GW-AGR
                                          )
         Plaintiff,                       )   **REQUEST  FOR ISSUANCE OF**
12                                        )   **ARREST WARRANT**
         v.                               )
13                                        )
     **Krystal Enterprises LLC, et al.,** )
14                                        )
         Defendants.                      )
15                                        )
                                          )
16                                        )
                                          )
17   ─────────────────────────────────

18       1.  I, the undersigned, am an attorney licensed to practice law by the State Bar of
19   California and admitted to the District Courts of California.  I am an attorney of record
20   for the Plaintiff Raul Uriarte-Limon and, in that capacity, I am familiar with this matter.
21       2.  Judgment debtor Krystal Enterprises LLC's manager, Veronica Escamilla
22   failed to appear as scheduled by the Court and duly noticed for OSC on 7/12/18 at
23   10:00 am in Courtroom 9D, 350 West 1st Street, Los Angeles, CA.
24       3.  Plaintiff requested court to issue an Arrest Warrant for the Judgment debtor,
25   Veronica Escamilla.
26       4.  I declare under penalty of perjury under the laws of the State of California that
27   the foregoing is true and correct.
28

Request for issuance of Arrest Warrant          -1-

1    Dated: October 16, 2018                     CENTER FOR DISABILITY ACCESS

2                                                By: /s/ Dennis Price

3                                                Dennis Price
                                                 Attorneys for Plaintiff
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Request for issuance of Arrest Warrant            -2-