1
2
3
4

CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
Dennis Price, SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

5  Attorney for Plaintiffs

8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA

**Raul Uriarte-Limon,**

    Plaintiff,

  v.

**Krystal Enterprises LLC,** a California Limited Liability Company; and Does 1-10.

    Defendants.

Case: 2:16-cv-00683-GW-AGR

**ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT**

Judgment Creditor hereby acknowledges full and complete satisfaction of judgment(s) in the above captioned matter. The Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment(s).

    a.  **Judgments and Renewals**

| Event | Date |
| --- | --- |
| Judgment | 03/29/2017 |

Acknowledgment of Satisfaction of Judgment

**b. Judgment Creditor:**

| Name | Address |
|---|---|
| Raul Uriarte-Limon | C/o Dennis Price, 8033 Linda Vista Road, Suite 200, San Diego 92111 |

**c. Judgment Debtor:**

| Name | Last Known Address |
|---|---|
| Krystal Enterprises LLC | 913 Cambridge Drive, Burbank, CA 91504 |

**d. Abstracts of Judgment:**

| County | Date | Instrument Number |
|---|---|---|
| Los Angeles | 6/12/17 | 20170642808 |

An Abstract of Judgment has been recorded in the above listed county establishing a lien. This satisfaction will have to be recorded by the judgment debtor with the county recorder in the above listed county in order to release the judgment liens on any real property. The county recorder may require a certified copy of this document obtained by the clerk's office in the above captioned court in order for it to be recorded.

**e. Status of Judgment Liens with the Secretary of State**

No notice of judgment lien has been record with the Secretary of State.

Dated: July 23, 2021

CENTER FOR DISABILITY ACCESS
By: /s/ Dennis Price
Dennis Price
Attorney for Plaintiff

Acknowledgment of Satisfaction of Judgment