# CENTER FOR DISABILITY ACCESS

### A Law Firm

| Deliveries: | Mark Potter, Esq. |
|---|---|
| 8033 Linda Vista Road, | mark@potterhandy.com |
| Suite 200 San Diego, CA 92111 | Dennis Price., Esq. |
| | DennisP@potterhandy.com |
| | Phone: (858) 375-7385 |
| | Fax: (888) 422-5191 |

July 22, 2021

Dynasty Escrow
205 S. Chapel Avenue # D
Alhambra, CA 91801
Jeannie@dynastyescrow.com

VIA EMAIL

**Re:**   ***Uriarte-Limon v. Krystal Enterprises, LLC***
***United States District Court, Central District of California***
***Case No. 2:16-cv-00683-GW-AGR***

Ms. Jeannie Atkinson,

Pursuant to Cal. Code of Civil Procedure § 724.040, a satisfaction of judgment has been filed in the above referenced case and a copy has been served on you. Any liens that may have been recorded associated with this judgment are listed in the Acknowledgement of Satisfaction of Judgment.

This concludes the obligations of the judgment creditor in this matter.

In order for any listed liens to be released, you must record the Satisfaction of Judgment document with the appropriate county recorder for the lien to be extinguished. Failure to do so may result in the lien impacting attempts to transfer property.

Sincerely,

Dennis Price, Esq.
Attorney