# PROOF OF SERVICE
## Gamble v. Krystal Enterprises, LLC
### 2:16-CV-00747-BRO-JC

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 8033 Linda Vista Road, Suite 200, San Diego, California 92111

On July 26, 2021 I served the following document(s):

**Acknowledgment of Full Satisfaction of Judgment**

**Letter Re Satisfaction of Judgment**

Addressed to:
Dynasty Escrow
205 S. Chapel Avenue # D
Alhambra, CA 91801

☑     <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐     <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐     <u>BY OVERNITE EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐     <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☑     <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on July 26, 2021, from Friendswood, Texas.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Kayla Drayton

PROOF OF SERVICE